NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DENNIS M. LANE,**
*Petitioner,*

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
*Respondent.*

_____

2013-3036

_____

Petition for review of the Merit Systems Protection Board in case no. SF0752120560-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Dennis Lane moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the filing of this order.

DENNIS LANE v. HUD                                                    2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24